```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 01465
    JASON V POPP
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1069

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/29/2007 and was confirmed 07/09/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC     MORTGAGE ARRE    5068.04              .00          5068.04
CHASE MANHATTAN MORTGAGE   UNSECURED       NOT FILED             .00              .00
CHASE HOME FINANCE LLC     SECURED NOT I        .00              .00              .00
ECAST SETTLEMENT CORP      UNSECURED        2569.43              .00              .00
ECAST SETTLEMENT CORP      UNSECURED        8266.66              .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY          469.16              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED          72.60              .00              .00
QUERREY & HARROW           DEBTOR ATTY          .00                                .00
TOM VAUGHN                 TRUSTEE                                             371.96
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              5,440.00

PRIORITY                                           .00
SECURED                                       5,068.04
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                            371.96
DEBTOR REFUND                                      .00
                   --------------         --------------
TOTALS               5,440.00                 5,440.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01465 JASON V POPP

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 04/23/08
                                  /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE